THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> REPUBLIC PARKING SYSTEM, LLC, a Tennessee limited liability company, <br><br> Defendant. | NO. C18-00775-RSL <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and RyanP. Hammond of Littler Mendelson, P.C., attorneys for Defendant, Republic Parking System, LLC, hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

DATED this *19th* day of June, 2018.

| | |
|---|---|
| REID, McCARTHY, BALLEW & LEAHY, L.L.P. | LITTLER MENDELSON, P.C. |
| */s/Russell J. Reid* <br> Russell J. Reid, WSBA #2560 <br> Attorney for Plaintiff | */s/Ryan P. Hammond* <br> Ryan P. Hammond, WSBA #38888 <br> Attorney for Defendant |

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

ORDER ENTERED this 20th day of June, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge


Submitted for Entry:

REID, McCARTHY, BALLEW &
LEAHY, L.L.P.


By */s/Russell J. Reid*
   Russell J. Reid, WSBA #2560
   Attorney for Plaintiff